UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CATHERINE PERRITT

VERSUS

SYSCO CORPORATION, ET AL.

CIVIL ACTION

NO. 10-751-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 27, 2011 (doc. no. 15) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the Motion to Remand (doc. no. 13) filed by plaintiff is GRANTED and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, August 5, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA